UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

v. | Case No.

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Carol W. Garrett and Terry Lee Garrett
_____
[Party or Parties][1]

_____

Appellant
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

J. Austin Dunlap

Name of Counsel

Signature of Counsel

P.O. Box 4803, Jackson WY 83001 (307)-690-8568

Mailing Address and Telephone Number

austindunlap@gmail.com

E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

✔ There are no such parties/attorneys, or any such parties/attorneys have already been

disclosed to the court.

3/15/2024
Date

*[signature]*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ___3/15/2024___ I sent a copy of this Entry of Appearance
       [date]

Form to:
Isaac Sutphin

at ins utphin@hollandhart.com _____,

the last known address/email address, by electronic mail _____.
                                              [state method of service]

3/15/2024
_____
Date

[signature]
_____
Signature

3