# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| CAROL W. GARRETT and TERRY LEE GARRETT,<br><br>   Appellants,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>   Appellee. | Case No. 24-8013 |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of <u>Appellee Wells Fargo Bank, N.A.                              </u>

[Party Name(s)]

certifies[1] as follows:

    X    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

Wells Fargo Bank, N.A. is a wholly-owned subsidiary of Wells Fargo & Company, a publicly-held corporation. No publicly held corporation owns 10% or more of the stock of Wells Fargo & Company.

There is no information to disclose pursuant to Fed. R. App. P. 26.1.

<u>March 21, 2024                      </u>
Date

<u>*/s/ Isaac N. Sutphin*                   </u>
Signature

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

    On _____ I sent a copy of this Disclosure Statement
           [date]

_____

at _____

the last known address/email address, by _____.
                                                                         [state method of service]

March 21, 2024
Date

*/s/ Isaac N. Sutphin*
Signature

31630623_v1