UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

### ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| CAROL W. GARRETT and TERRY LEE GARRETT,<br><br>  Appellants,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Appellee. | Case No. 24-8013 |

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Wells Fargo Bank, N.A.
[Party or Parties][1]

_____

Appellee_____, in the above-captioned case(s).
  [Appellant/Petitioner or Appellee/Respondent]

Isaac N. Sutphin
Name of Counsel

/s/ Isaac N. Sutphin
Signature of Counsel

P.O. Box 1347, Cheyenne, WY 82003-1347
Mailing Address and Telephone Number

INSutphin@hollandhart.com
E-Mail Address

Name of Counsel

Signature of Counsel

Mailing Address and Telephone Number

E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

**X** There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

March 21, 2024
Date

*/s/ Isaac N. Sutphin*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

## CERTIFICATE OF SERVICE

I hereby certify that:

**X**    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐    On _____ I sent a copy of this Entry of Appearance Form to:

_____

at _____

the last known address/email address, by _____.
                                                                                                                                        [state method of service]

March 21, 2024
Date

*/s/ Isaac N. Sutphin*
Signature

31630609_v1